IN THE 216th Judicial Court of Gillespie County

STATE OF TEXAS

Donald Lowell Hulsopple, Jr.,
Petitioner

v.

STATE OF TEXAS
Respondent

FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEX.
2017 SEP 27 PM 12: 36
KEITH E. HOTTLE, CLERK

Cause No. 5555

Trial Court Judge
N. Keith Williams

## ORDER

This case comes before the Court pursuant to a Third Party Request For Production of Documents. These documents include 1) Judgement and Statement Document of Feb. 12, 2015; 2) Court Transcript of Feb. 12, 2015; 3) Grand Jury Transcript which produced the Indictment filed Sept. 16, 2014; 4) Accident Report from March 4, 2014; Recordings of 9-1-1 calls from March 4, 2014 for review by the 4th Court of Appeals. The Court having seen, inspected and being duly advised in the premises of said request now finds that the Petitioner's Request should be, and hereby is GRANTED.

IT IS THEREFORE ORDERED by the Court that a subpoena duces tecum shall be issued and the third party, District Clerk Ian Davis shall respond to the Petitioner's Request for Production of Documents within thirty (30) days of this order.

SO ORDERED this 26th day of September, 2017.

_____
Judge Marialyn Barnard

cc retained



Donald Lowell Hulsopple, Jr. 1986369
Jester III
3 Jester Rd.
Richmond, TX 77406-8544

NORTH HOUSTON TX 773

25 SEP 2017 PM 4 L

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

**2017 SEP 27  PM 12: 33**

KEITH E. HOTTLE, CLERK

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

78205-303755

<u>LEGAL MAIL</u>
<u>DO NOT OPEN</u>

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION